```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :         11-cr-65 (JSR)
                                    :
GEORGE PAUL SALEMO,                 :         ORDER
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In an Order dated May 17, 2020, the Court denied defendant George Paul Salemo's motion for compassionate release. Dkt. No. 103. In doing so, the Court recommended "to the BOP that it consider Salemo for release to home confinement under the broader discretion available to the BOP." Id. at 7.

In a pro se letter to the Court dated September 19, 2020, Salemo represented to the Court that the "BOP acted on [the] Court's recommendation" and that Salemo had "signed all the required release documents on June 1, 2020." Letter from George Paul Salemo to the Court dated September 19, 2020, Dkt. No. 108, at 1. Salemo further represented, however, that he received an email on July 17, 2020, suggesting that his release to home confinement had been forestalled due to some mistake or ambiguity in his Presentence Report ("PSR"). Id. For that reason, he suggests that the "PSR must be corrected." Id. at 4.

Accordingly, the Court requests that the Government respond to Salemo's letter within two weeks hereof and to provide any

further context regarding the nature of Salemo's claims that it deems appropriate.

    SO ORDERED.

Dated:   New York, NY

        September 25, 2020        JED S. RAKOFF, U.S.D.J.