
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
                                        :   11 Cr. 65 (JSR)
        -v-                             :
                                        :   ORDER
                                        :
GEORGE PAUL SALEMO,.                    :
                                        :
        Defendant.                      :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On September 19, 2020, defendant George Paul Salemo wrote to the Court with concerns regarding the manner in which the Bureau of Prisons ("BOP") was handling his application for home confinement. Dkt. No. 108. Because the exact nature of Salemo's grievance was difficult discern from his letter, the Court requested that the Government respond and "provide any further context regarding the nature of Salemo's claims that [the Government] deems appropriate." Order dated September 25, 2020, Dkt. No. 109.

The Government submitted such a letter on October 9, 2020. Dkt. No. 110. In that letter, the Government confirmed that Salemo had been denied home confinement on September 18, 2020 and that Salemo had administratively appealed the denial to the BOP regional office, where it is now pending review. Id. at 2.

Because "the authority to place a prisoner in home confinement rests with the BOP," United States v. Konny, --- F.Supp.3d ----, 2020 WL 2836783, at *2 (S.D.N.Y. May 30, 2020), the Court declines

1

to further interfere in Salemo's application for home confinement. Accordingly, to the extent Salemo's letter could be construed as a motion for relief, it is denied.

    SO ORDERED.

Dated: New York, NY
       October 9, 2020

                                       JED S. RAKOFF, U.S.D.J.