UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -                    11-cr-65 (JSR)

GEORGE PAUL SALEMO,

           Defendant.

-----------------------------------------------------X

IT IS HEREBY ORDERED, that, as a condition of his supervised release, the defendant, George Paul Salemo, shall serve up to 30 days in community confinement at a halfway house, until such time as he has obtained a suitable housing situation that is acceptable to, and approved by, the Probation Office.

Dated: New York, NY
      September 8, 2021

                            SO ORDERED:

                            HON. JED S. RAKOFF, U.S.D.J.