UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GEORGE SALEMO<br><br>Defendants. | 11-cr-065 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant George Salemo, now 79, moves pro se for early termination of his term of supervised release. See Def. Mot., Dkt. 128. Mr. Salemo, who served approximately 10 years in prison before beginning his 3-year term of supervised release in September 2021, see Order, Dkt. 125, has complied with all conditions of supervised release for close to two years of the originally imposed 3-year term. The Government agrees that "early termination of the defendant's supervised release is appropriate." See Gov't Response, Dkt. 130. The Probation Officer reports that Mr. Salemo is "stable" and has satisfied all restitution obligations and that Mr. Salemo is in a "low risk" category involving largely telephonic supervision. Id. at 2. She takes no position on early termination of supervised release.

The Court agrees with Mr. Salemo and the Government and hereby grants Mr. Salemo's motion for early termination of supervised release. Mr. Salemo's term of supervised release is therefore terminated immediately. The Clerk is directed to close his motion (Dkt. 128) on the docket.

SO ORDERED.

New York, NY
June 15, 2023

_____
JED S. RAKOFF, U.S.D.J.